UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
|  | : CRIMINAL NO. 1:12-CR-0036 |
| TODD M. CAWARD,<br>Defendant | : |

*O R D E R*

AND NOW this 23rd day of July, 2012, upon consideration of the government's Motion to Continue Change of Plea Hearing (Doc. 21), it is ORDERED that said motion is GRANTED.  The change of plea hearing is continued until Tuesday, August 28, 2012, at 9:30 a.m.

/s/William W. Caldwell
William W. Caldwell
United States District Judge