IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 1:12-CR-36 |
| V. | (Judge Caldwell) |
| TODD M. CAWARD | |

CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE
(Under Rule 20)

I, TODD M. CAWARD, Defendant, have been informed that an Indictment is pending against me in the above-designated cause. I have signed a plea agreement and wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the District of New Jersey, in which I an held, and to waive trial in the above-captioned district.

Dated: 10/24, 2012, at _____

x_____
Todd M. Caward
Defendant

_____
WITNESS

_____
Anne Gingrich Cornick
Counsel for Defendant

APPROVED

_____          _____
Peter J. Smith                                                    Paul J. Fishman
United States Attorney for the                      United States Attorney for the
Middle District of Pennsylvania                    District of New Jersey

| U.S. Department of Justice | | Rule 20 - Transfer Notice |
|---|---|---|
| **To:**<br>United States Attorney for the<br>Middle District of PA | **District:**<br>District of New Jersey | **Date:** |
| **Name of Subject:**<br>TODD M. CAWARD | **Statute Violated:**<br>18 USC § 871 | **File Data (*Initials and number*):** |

### Part A - District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of Indictment or Information, if any.

☐ Enclosed is certified copy of Waiver of Indictment executed by Defendant. Kindly file criminal Information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by Defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____.

☐ Other *(Specify)*:

☐ The above-named Defendant entered a plea of guilty under Rule 20.
  **Date of Plea**          **Date of Sentence**          **Sentence**

| From *(Signature and Title)*:<br>*[signature]* MATT SKAHILL, AUSA<br>MATT SKAHILL<br>Assistant U.S. Attorney | Address:<br>United States Attorney's Office<br>District of New Jersey |
|---|---|

### Part B - District of Offense

☒ I am agreeable to Rule 20 Disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
_____ on _____ at _____ 'clock
___.M. *(Kindly notify me of any anticipated delay.)*

☐ Enclosed are two certified copies of Indictment or Information. Docket No. _____

☐ Please have Defendant execute Waiver of Indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*:<br>*[signature]* UNITED STATES ATTORNEY | District:<br>MIDDLE DISTRICT OF PA | Date:<br>SEPTEMBER 13, 2012 |
|---|---|---|

See United States Attorney's Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.